# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 1102

VERSUS

HOWARD JACKSON                                        **NOV 1 2 2019**

---

In Re:    Howard Jackson, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. 83-1004.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT DENIED.**

                                **VGW**
                                **WJC**

       **Guidry, J.,** dissents and would stay the matter pending a
decision from the Supreme Court of the United States in **State v.**
**Ramos,** 2016-1199 (La. App. 4th Cir. 11/2/17), 231 So.3d 44,
writs denied, 2017-2133 (La. 6/15/18), 257 So.3d 679, and 2017-
1177 (La. 10/15/18), 253 So.3d 1300, cert. granted, ___ U.S.
___, 139 S.Ct. 1318, 203 L.Ed.2d 563 (2019).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT